```
1   Sengthiene Bosavanh, Esq. #249801
    Law Offices of Jeffrey Milam
2   P.O. Box 26360
    Fresno, California 93729
3   (559) 264-2800
4

5   Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TAMAYO ) | |
| ) | 1:07-CV-1035 LJO DLB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | |
| vs. ) | |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until March 7, 2008, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, July 20, 2007, shall proceed under the time limit guidelines set therein.

//

//

//

//

1 | Dated:  February 7, 2008              /s/ Sengthiene Bosavanh

2 |                                       SENGTHIENE BOSAVANH, ESQ.
                                          Attorney for Plaintiff.
3

4 | Dated: Febuary 8, 2008                MCGREGOR SCOTT
                                          United States Attorney
5
                                          By: /s/ Elizabeth Firer
6 |                                       (as authorized via facsimile/e-mail)
                                          ELIZABETH FIRER
7 |                                       Assistant Regional Counsel

8

9
     IT IS SO ORDERED.
10
    **Dated:**   **February 14, 2008**          **/s/ Dennis L. Beck**
11 |                                                       UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28