IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE TAMAYO, | ) | 1:07cv01035 LJO DLB |
| | ) | |
| | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| vs. | ) | |
| | ) | (Document 23) |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' March 18, 2008, stipulation to extend time, Plaintiff's confidential letter brief shall be served by March 21, 2008.

IT IS SO ORDERED.

**Dated:   March 19, 2008**          **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

1