1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| JOSE TAMAYO, | 1:07-CV-1035 LJO DLB |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on July 13, 2007 on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: July 9, 2008        /s/ Sengthiene Bosavanh

                           SENGTHIENE BOSAVANH, ESQ.
                           Attorney for Plaintiff

Dated:
                           MCGREGOR SCOTT
                           United States Attorney

                           By: /s/ Elizabeth Mary Firer
                           (as authorized via e-mail)
                           ELIZABETH MARY FIRER
                           Assistant Regional Counsel

1    IT IS SO ORDERED.

2    **Dated:   July 10, 2008**             /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE